**POLI, MOON & ZANE, PLLC**
Michael N. Poli, #006431
mpoli@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (480) 315-9980
Facsimile:  (480) 315-9984

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| SK5-ELA, LLC, a Utah limited liability company, | No.  3:19-cv-08004-PCT-JJT |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| Nationwide Insurance Company of America, an Ohio corporation; and Depositors Insurance Company, an Iowa corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that SK5-ELA, LLC, Plaintiff in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Action, entered on September 30, 2021 (Doc. 142), granting Defendants' Motion for Summary Judgment (Doc. 87) and from the Order Granting Defendant's Motion for Summary Judgment (Doc. 141).

RESPECTFULLY SUBMITTED this 21st day of October, 2021.

**POLI, MOON & ZANE, PLLC**


By */s/ Michael N. Poli*
Michael N. Poli
*Attorney for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system:

John M. DiCaro, Esq.
William G. Caravetta, III, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants Nationwide*
*Insurance Company of America and*
*Depositors Insurance Company*
jdicaro@jshfirm.com
wcaravetta@jshfirm.com

/s/ *Linda Gundelach*