**POLI, MOON & ZANE, PLLC**
Michael N. Poli, #006431
mpoli@pmzlaw.com
2999 North 44th Street, Suite 325
Phoenix, Arizona 85018
Telephone: (480) 315-9980
Facsimile:  (480) 315-9984

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| SK5-ELA, LLC, a Utah limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Nationwide Insurance Company of America, an Ohio corporation; and Depositors Insurance Company, an Iowa corporation, <br><br> Defendants. | NO.  3:19-cv-08004-PCT-JJT <br><br> **NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Court's Order dated January 19, 2022 (Doc. 153), the parties, by and through their respective attorneys of record, hereby notify the Court that they have settled all claims between them, as a result of which Defendants' Motion for Attorneys' Fees (Doc. 143) is moot.  The parties also hereby stipulate and agree that any and all claims by Plaintiff/Appellant SK5-ELA, LLC, against Defendants/Appellees Nationwide Insurance Company of America and Depositors Insurance Company, be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 19th day of January, 2022.

**POLI, MOON & ZANE, PLLC**

By */s/ Michael N. Poli*
Michael N. Poli
*Attorney for Plaintiff*

**JONES, SKELTON & HOCHULI, P.L.C.**

By <u>/s/ *John M. DiCaro, with permission*</u>
John M. DiCaro
William G. Caravetta, III
*Attorneys for Defendants*

**Certificate of Service**

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system:

John M. DiCaro, Esq.
William G. Caravetta, III, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants Nationwide Insurance Company of America and Depositors Insurance Company*

<u>/s/ Linda Gundelach</u>