1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9   SK5-ELA LLC,                              No. CV-19-08004-PCT-JJT

10                  Plaintiff,                **ORDER**

11  v.

12  Nationwide Insurance Company of
    America, *et al.*,
13
                    Defendants.
14

15          At issue is the parties' Notice of Settlement and Stipulation for Dismissal with

16  Prejudice (Doc. 154).

17          IT IS HEREBY ORDERED granting the parties' Notice of Settlement and

18  Stipulation for Dismissal with Prejudice (Doc. 154).

19          IT IS FURTHER ORDERED denying as moot Defendants' Motion for Attorneys'

20  Fees (Doc. 143).

21          IT IS FURTHER ORDERED dismissing Plaintiff's claims against Defendants with

22  prejudice, with each party to bear its own costs and attorneys' fees. This case remains

23  closed.

24          Dated this 21st day of January, 2022.

25

26                                            Honorable John J. Tuchi
                                              United States District Judge
27

28